IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03714-CMA-SKC

KEYBANK NATIONAL ASSOCIATION,

    Plaintiff,

v.

CHARLES H. WILLIAMS and
TIMOTHY WELDON,

    Defendants.

---

**DEFENDANTS' (OPPOSED) MOTION FOR PERMISSION TO FILE RESPONSE TO PLAINTIFF'S OBJECTION TO MAGISTRATE [JUDGE'S] ORDER RELATING TO DEFENDANTS' CLAIM OF THE COMMON INTEREST DOCTRINE**

---

Defendants, through their undersigned counsel, move this Court to enter an order authorizing Defendants to file a Response to Plaintiff's Objection to Magistrate [Judge's] Order Relating to Defendants' Claim of the Common Interest Doctrine ("Objection") (Dkt. 147), and as grounds therefore state as follows.

**CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCivR 7.1(c)**

Undersigned counsel certifies that he has discussed this Motion with counsel for Plaintiff and has been authorized to represent to the Court that Plaintiff objects to the Court granting the relief requested herein.

    1.    Plaintiff filed its Objection on July 14, 2021. Undersigned counsel's paralegal, believing that Defendants had the right to respond within 21 days, docketed a response by Defendants for tomorrow, August 4, 2021.

2. In communicating with counsel for Plaintiff today, counsel for Defendants discovered that, under Rule 72(a), Defendants do not have an automatic right to file a Response.

3. Defendants believe that a Response will significantly facilitate the Court's analysis of the issues raised in Plaintiff's Objection.

4. Although there are several issues raised in Plaintiff's Objection to which Defendants would like to respond, there is one that will significantly narrow the issues that this Court will need to address in its resolution of Plaintiff's Objection. Specifically, when KeyBank originally contacted the Magistrate Judge regarding these issues, it was KeyBank's position that it was "entitled to discover the communications **between** Defendants and their current employer Newmark before and potentially after their employment started because they shared no identical legal interest." Joint Submission Requested By Court (Dkt. 125) ("Joint Sub.") at 2. In the conferral between counsel regarding this issue before KeyBank contacted Magistrate Judge Crews, KeyBank was seeking the same broad scope of information – all communications between Defendants or their counsel and counsel for Defendants' new employer Newmark Knight Frank LLC ("Newmark") prior to and "potentially" after Defendants' employment with Newmark began.

5. In its Objection, KeyBank has now dramatically narrowed the scope of the information it contends is not covered by the Common Interest privilege between Defendants and Newmark. KeyBank's Objection repeatedly states that it is challenging the Magistrate Judge's determination relating to the common interest privilege **only** with

respect to "the sharing of Defendants' counsel's **legal conclusions about the enforceability of Key's contractual restrictions with Newmark, and vice versa.**" Obj. at 2. Keybank further repeatedly states that this specific Objection only addresses communications on this issue that **"took place before Defendants were hired by Newmark."** Obj. at 1, 6 and 7.

6. After receiving KeyBank's Objection, undersigned counsel investigated whether there were any communications between Defendants or their counsel and Newmark that would be responsive to this dramatically narrowed topic and timeframe. Counsel for Defendants also requested that counsel for Newmark do the same. As a result of that investigation, counsel have determined that, to the best of their knowledge and belief, there were no communications prior to Defendants' employment at Newmark between Defendants or their counsel (at that time, Mr. Kevin Flynn) and Newmark that addressed legal conclusions about the enforceability of KeyBank's contractual restrictions with Defendants.

7. As a result of KeyBank's dramatic narrowing of the scope of its request in its Objection, there is no need for this Court to resolve that issue– i.e., are communications between Defendants, their counsel and Newmark prior to Defendants' employment by Newmark relating to legal conclusions regarding the enforceability of KeyBank's customer nonsolicitation agreements with Defendants protected by the Common Interest privilege between Defendants and Newmark. Although Defendants are confident that, if there had been communications on this issue prior to Defendants' employment by Newmark, those communications would be protected by the Common

3

Interest privilege between Defendants and Newmark, there were no communications on this topic in the specified timeframe. As a result, in resolving KeyBank's Objection, it is only necessary for this Court to address the second issue raised by KeyBank, its request to obtain copies of the Indemnification Agreement between KeyBank and Defendants. See Obj. at 10-13.

8.   As noted above, there are numerous additional issues raised in Plaintiff's Objection for which Defendants believe a Response will materially assist the Court in its determination.

WHEREFORE, Defendants' request that they be allowed to submit a Response to Plaintiff's Objection within three (3) business days of the date of the Court's Order resolving this Motion.

Dated:  August 4, 2021.                      Respectfully submitted,

*s/ Raymond W. Martin*
Raymond W. Martin
Matthew V. Rotbart
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Facsimile:  303.244.1879
Email:  martin@wtotrial.com
            rotbart@wtotrial.com

Attorneys for Defendants Charles H. Williams and Timothy Weldon

4

# CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on August 4, 2021, I electronically filed the foregoing **DEFENDANTS' (OPPOSED) MOTION FOR PERMISSION TO FILE RESPONSE TO PLAINTIFF'S OBJECTION TO MAGISTRATE [JUDGE'S] ORDER RELATING TO DEFENDANTS' CLAIM OF THE COMMON INTEREST DOCTRINE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Charles David Cooper II**
  ccooper@ulmer.com, syackly@ulmer.com

- **Paul Richard Dehmel**
  pdehmel@ulmer.com, blopez@ulmer.com

- **Steven Samuel Kaufman**
  skaufman@ulmer.com, syackly@ulmer.com

- **Raymond W. Martin**
  martin@wtotrial.com, piechota@wtotrial.com, mullins@wtotrial.com

- **Matthew Vian Rotbart**
  rotbart@wtotrial.com, weeks@wtotrial.com

- **Christopher K. Schwartz**
  kschwartz@ulmer.com, bcoile@ulmer.com

- **David Cameron Walker**
  dwalker@bdwf-firm.com, jmellott@bdwfirm.com

*s/ Raymond W. Martin*